# UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re:  LANA M BETTON                                          Case No.:  10-22474-aih

               Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

Craig Shopneck - CLEVELAND, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  12/28/2010  and was converted to chapter  13  on  11/13/2013.
2)  The plan was confirmed on  03/01/2011.
3)  The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  02/11/2014.
4)  The trustee filed action to remedy default by the debtor in performance under the plan on  12/16/2013.
5)  The case was completed on  08/11/2014.
6)  Number of months from filing or conversion to last payment:  9.
7)  Number of months case was pending:  10.
8)  Total value of assets abandoned by court order:  NA.
9)  Total value of assets exempted:  37,165.00.
10)  Amount of unsecured claims discharged without full payment:  4,337.00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $41,060.01 | |
| Less amount refunded to debtor: | $1,349.45 | |
| **NET RECEIPTS:** | | $39,710.56 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $3,000.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $1,521.14 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $4,521.14 |
| Attorney fees paid and disclosed by debtor: | $750.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY GENERAL OF US | Unsecured | NA | NA | NA | .00 | .00 |
| ATTORNEY GENERAL STATE OF OHIO | Priority | NA | 962.36 | .00 | .00 | .00 |
| ATTORNEY GENERAL STATE OF OHIO | Priority | 1,000.00 | 962.36 | 962.36 | 962.36 | .00 |
| ATTORNEY GENERAL STATE OF OHIO | Unsecured | NA | 172.39 | .00 | .00 | .00 |
| ATTORNEY GENERAL STATE OF OHIO | Unsecured | NA | 172.39 | 172.39 | 172.39 | .00 |
| CENTERONE FINANCIAL SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| CENTURY FEDERAL CREDIT UNION | Secured | 296,713.00 | 296,364.62 | 296,364.62 | .00 | .00 |
| CENTURY FEDERAL CREDIT UNION | Secured | 69,987.00 | 69,919.26 | 69,919.26 | .00 | .00 |
| CENTURY FEDERAL CREDIT UNION | Secured | 33,000.00 | 32,669.14 | 32,669.14 | .00 | .00 |
| CENTURY FEDERAL CREDIT UNION | Secured | 12,995.00 | 12,991.44 | 12,991.44 | .00 | .00 |
| CENTURY FEDERAL CREDIT UNION | Unsecured | NA | NA | NA | .00 | .00 |
| CENTURY FEDERAL CREDIT UNION | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re:  LANA M BETTON                                            Case No.:  10-22474-aih

         Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CENTURY FEDERAL CREDIT UNION | Unsecured | NA | NA | NA | .00 | .00 |
| CENTURY FEDERAL CREDIT UNION | Unsecured | 19,343.00 | 19,571.50 | 7,988.91 | 7,988.91 | .00 |
| CHRISTOPHER J KLYM ESQ | Unsecured | NA | NA | NA | .00 | .00 |
| CITIFINANCIAL | Unsecured | 4,337.00 | NA | NA | .00 | .00 |
| CITIMORTGAGE INC | Secured | 14,817.00 | 14,854.37 | 14,854.37 | .00 | .00 |
| CITIMORTGAGE INC | Secured | NA | 573.60 | 573.60 | .00 | .00 |
| CLERK OF COURTS | Unsecured | NA | NA | NA | .00 | .00 |
| DELL FINANCIAL SERVICES LP | Unsecured | 540.00 | 550.20 | 550.20 | 550.20 | .00 |
| DEPARTMENT OF THE TREASURY - IRS | Priority | 4,000.00 | 5,415.22 | 5,415.22 | 5,415.22 | .00 |
| DEPARTMENT OF THE TREASURY - IRS | Unsecured | NA | 134.31 | 134.31 | 134.31 | .00 |
| GE MONEY BANK  LOWES | Unsecured | NA | NA | NA | .00 | .00 |
| GE MONEY BK/SAMS CLUB | Unsecured | NA | NA | NA | .00 | .00 |
| GEMB/SAMS CLUB | Unsecured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 4,372.37 | 4,372.37 | 4,372.37 | .00 |
| JOHN D CLUNK | Unsecured | NA | NA | NA | .00 | .00 |
| MIDLAND FUNDING LLC | Unsecured | 626.00 | 821.27 | 821.27 | 821.27 | .00 |
| OFFICE OF THE US ATTORNEY | Unsecured | NA | NA | NA | .00 | .00 |
| OHIO DEPARTMENT OF TAXATION | Unsecured | NA | NA | NA | .00 | .00 |
| OHIO DEPT OF TAXATION | Unsecured | NA | NA | NA | .00 | .00 |
| ONE WEST BANK FSB | Unsecured | NA | NA | NA | .00 | .00 |
| ONEWEST BANK FSB | Secured | 49,534.00 | 61,453.48 | 58,877.04 | 6,456.41 | .00 |
| ONEWEST BANK FSB | Secured | 12,000.00 | 11,324.82 | 9,824.82 | 3,600.00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 2,233.00 | 2,233.02 | 2,233.02 | 2,233.02 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 1,737.00 | 1,737.21 | 1,737.21 | 1,737.21 | .00 |
| SCOTT P CIUPAK | Unsecured | NA | NA | NA | .00 | .00 |
| STATE OF OHIO | Unsecured | NA | NA | NA | .00 | .00 |
| UNITED CONSUMER FINANCIAL SERVIC | Unsecured | 745.00 | 745.75 | 745.75 | 745.75 | .00 |
| US ATTORNEY GENERAL | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: LANA M BETTON                                                      Case No.:  10-22474-aih

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VERIZON BANKRUPTCY DEPT | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 10,398.42 | 3,600.00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 485,675.87 | 6,456.41 | .00 |
| **TOTAL SECURED:** | 496,074.29 | 10,056.41 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 6,377.58 | 6,377.58 | .00 |
| **TOTAL PRIORITY:** | 6,377.58 | 6,377.58 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 18,755.43 | 18,755.43 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $4,521.14 | |
| Disbursements to Creditors: | $35,189.42 | |
| **TOTAL DISBURSEMENTS:** | | $39,710.56 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:   10/14/2014                            By:   /s/Craig Shopneck - CLEVELAND

                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.